IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTON DEAN,                          No C-09-1218 VRW (PR)

       Plaintiff,

         v                        ORDER OF TRANSFER

CORRECTIONAL OFFICER CAVAGNARO, et al,

       Defendant(s).
_____/

      Plaintiff, a prisoner currently incarcerated in the Sacramento County Jail, has filed a pro se civil rights complaint under 42 USC section 1983 against certain correctional officers at the California Substance Abuse Treatment Facility and State Prison in Corcoran, California.

      A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Kings, which lies within the venue of the Eastern District of California. See 28 USC § 84(b). Venue therefore properly lies in the Eastern District. See id § 1391(b).

      In the interest of justice and pursuant to 28 USC section

1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.09\Dean-09-1218-order of transfer.wpd