# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON E. DEAN,<br><br>                Plaintiff,<br><br>   v.<br><br>CAVAGNARO, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:09-cv-00853 OWW DLB PC<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED<br><br>(Docs. 6,7) |

       Plaintiff Alton E. Dean ("Plaintiff"), CDC# F-95162 and Sacramento County Jail #X-3596, is proceeding pro se in this civil action filed on March 19, 2009.  On March 20, 2009 and April 21, 2009, Plaintiff filed applications to proceed in forma pauperis.

       28 U.S.C. § 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[1]

---

[1] Among the dismissals suffered by Plaintiff that count as strikes under 1915(g) are case numbers 1:2000-cv-05522 Dean v. State of California et al., AWI DLB PC (E.D. Cal) (dismissed on 10/26/2000 for failure to state a claim and failure to file a second amended complaint); 2:02-cv-00881-DFL-GGH PC (E.D. Cal) Dean v. Andreasen et al., (dismissed on 01/08/2004 for failure to state a claim); 2:1998-cv-00717 LKK DAD PC (E.D. Cal) Dean v. Sullivan (dismissed on 3/22/1999 for failure to state a claim); and 2:2002-cv-01122 LKK GGH PC (E.D. Cal) Dean v. Blanas (dismissed on 03/06/2003).

1

1 Thus, Plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis unless Plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.

The Court has reviewed Plaintiff's complaint and finds that Plaintiff has alleged no facts that support a finding that he is, at this time, under imminent danger of serious physical injury. Accordingly, Plaintiff must submit the appropriate filing fee in order to proceed with this action

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis in this action; and

2. Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   June 11, 2009**                              **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE