IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON E. DEAN, | 1:09-cv-853 OWW-DLB (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| CAVAGNARO, et al., | |
| Defendants. | |

Plaintiff Alton E. Dean is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 12, 2009, the court issued an order findings plaintiff ineligible to proceed in forma pauperis and requiring plaintiff to pay $350.00 filing fee, within thirty (30) days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action, without prejudice. More than thirty days have passed and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:   August 13, 2009**               /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

-1-